UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 09-00279-09 |
| | CIVIL ACTION NO. 11-1412 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAMES T. HARRISON, JR. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Record Document 430) filed by the Petitioner, James T. Harrison, be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because the Petitioner, James T. Harrison, has failed to demonstrate a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 21st day of August, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE